MARGARET E. UNGRICH et al., Respondents, *v.* DAVID SHAFF et al., Appellants.

*Ungrich* v. *Shaff*, 130 App. Div. 902, affirmed.
(Argued March 17, 1910; decided April 5, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 27, 1909, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a contract to purchase real property.

*Samuel Levy* and *Harry A. Levinson* for appellants.

*Harold Swain* and *Norman Wilmer Chandler* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.